IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **KWAME ASAFO-ADJEI,** | * | |
| Plaintiff | * | |
| v. | * | Case No.: RWT 09cv2184 |
| **FIRST SAVINGS MORTGAGE CORP.,** *et al.,* | * | |
| Defendants. | * | |

## ORDER

Upon consideration of (i) Defendants First Savings Mortgage Corp. and Andrew MacTigue's Motion to Dismiss (ECF No. 46); (ii) Defendant Hal J. Epstein's Motion to Dismiss or, in the Alternative, for Summary Judgment (ECF No. 49); (iii) Defendant George Bonney's Motion to Dismiss (ECF No. 53); (iv) Defendant Wilshire Credit Corporation's Motion to Dismiss (ECF No. 55); (v) Defendant Green Tree Serving LLC's Motion to Dismiss (ECF No. 63), and the oppositions and replies thereto, it is, for the reasons stated in the accompanying Memorandum Opinion, this 1st day of February, 2011, by the United States District Court for the District of Maryland,

**ORDERED**, that (i) Defendants First Savings Mortgage Corp. and Andrew MacTigue's Motion to Dismiss (ECF No. 46); (ii) Defendant Hal J. Epstein's Motion to Dismiss or, in the Alternative, for Summary Judgment (ECF No. 49); (iii) Defendant George Bonney's Motion to Dismiss (ECF No. 53); (iv) Defendant Wilshire Credit Corporation's Motion to Dismiss (ECF No. 55); and (v) Defendant Green Tree Serving LLC's Motion to Dismiss (ECF No. 63) are **GRANTED**; and it is further

**ORDERED**, that Plaintiff's amended complaint (ECF No. 40) is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED**, that **JUDGMENT FOR COSTS** be entered in favor of all Defendants; and it is further

**ORDERED**, that the Clerk is directed to **CLOSE THIS CASE.**

                                                /s/
                                    ROGER W. TITUS
                            UNITED STATES DISTRICT JUDGE