**NOTICE OF APPEAL TO A COURT OF APPEALS FROM
A JUDGMENT OF U.S. DISTRICT COURT
DISTRICT OF MARYLAND [GREENBELT]**

United States District Court for the District of
Maryland ( Greenbelt)
File Number:  8:09-cv-02184-RWT

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 FEB 24  P 3: 23

CLERK'S OFFICE
AT GREENBELT

Plaintiff
Kwame Asafo-Adjei
6025 Old Harford Rd
Baltimore, MD 21214

V.

Defendants

First Savings Mortgage Corp
Thomas John McKee, Jr
Williams Mullen PC
8300 Greensboro Dr Ste 1100
McLean, VA 22102
17037605200

Andrew MacTigue
Thomas John McKee, Jr
[See above for address]

Dr George Bonney
17601 Olney Lane
Rockville, MD 20853

Hal J. Epstein
Thomas Jay Althauser / Nathaniel K. Risch
Eccleston and Wolf PC
Baltimore Washington Law Center
7240 Parkway Dr 4th Floor
Hanover, Md 21076
14197527474

Wilshire Credit Corporation
Ralph John Dipietro / racheal Abramson
Bierman Geesing Ward and Wood LLC
4520 East West Highway Ste 200
Bethesda, MD 20814
13019616491 / 12404820717

Green Tree Servicing LLC
Brien L Moffet
Gordon Feinblatt LLc
233 E Redwood St
Baltimore, MD 21202
14105764000

Homecomings Financial & GMAC Mortgage LLC
Terminated 1/26/2011
John C. Lynch
Troutman sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
757 687-7765

     Notice is hereby given that Kwame Asafo-Adjei, Plaintiff and First Savings Mortgage Corp et al. Defendants in the above named case, hereby appeal to the United States Court of Appeals for the 4th Circuit (Richmond) from the final Summary Judgment entered in this action on the 8th day of February 2011.

*[signature]*
Kwame Asafo-Adjei   Plaintiff
6025 Old Harford Rd
Baltimore MD 21214
410 254-3925