FILED: August 25, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1179
(8:09-cv-02184-RWT)

_____

KWAME ASAFO-ADJEI

      Plaintiff - Appellant

v.

FIRST SAVINGS MORTGAGE CORPORATION; ANDREW MACTIGUE; GEORGE BONNEY, Dr.; HAL J. EPSTEIN; WILSHIRE CREDIT CORPORATION; GREEN TREE SERVICING, LLC

      Defendants - Appellees

and

HOMECOMINGS FINANCIAL; GMAC MORTGAGE LLC

      Defendants

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK