FILED: September 16, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1179
(8:09-cv-02184-RWT)
_____

KWAME ASAFO-ADJEI

       Plaintiff - Appellant

v.

FIRST SAVINGS MORTGAGE CORPORATION; ANDREW MACTIGUE; GEORGE BONNEY, Dr.; HAL J. EPSTEIN; WILSHIRE CREDIT CORPORATION; GREEN TREE SERVICING, LLC

       Defendants - Appellees

and

HOMECOMINGS FINANCIAL; GMAC MORTGAGE LLC

       Defendants

_____

M A N D A T E
_____

The judgment of this court, entered 8/25/11, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*